| **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION** | **VOLUNTARY PETITION** Case No. 09 |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle: **Ammons, Jr., Lee E.** | Name of Joint Debtor (Spouse): |
| All other names used by Debtor in the past eight (8) years: (include married, maiden and trade names) | All other names used by Joint Debtor in the past eight (8) years: |
| Social Security/EIN/Tax ID No. (if more than one, state all): XXX-XX-6092 | Social Security/EIN/Tax ID No. (if more than one, state all): |
| Street Address of Debtor: 9400 S. La Salle St. Chicago, Illinois  60643 | Street Address of Joint Debtor: |
| County of Residence or Principal Place of Business Cook | County of Residence or Place of Business |
| Mailing Address of Debtor or of Joint Debtor (if different from street address) | |
| Location of Principal Assets of Business Debtor (if different from street address): | |

**Type of Debtor**
X__    Individual
___    Corporation
___    Partnership
___    Other (if not one
Of above entities, state
Type of entity below)

**Type of Business**
__ Health Care Business
__ Single Asset Real Estate as defined
   in 11 U.S.C. Section 101(51B)
__ Railroad
__ Stockbroker
__ Commodity Broker
__ Clearing Bank
__ Other
**Tax-Exempt Entity**
__ Debtor is a tax-exempt
organization under Title 26
United States Code (the Internal
Revenue Code).

**Chapter of Bankruptcy Code of Filing**
_ Chapter 7        __ Chapter 15 Petition
__ Chapter 9        for Recognition of
__ Chapter 11      Foreign Main Proceeding
__ Chapter 12      __ Chapter 15 Petition for
_X_ Chapter 13    Recognition of a Foreign
                          Nonmain Proceeding

**Nature of Debts**
X__   Primarily Consumer  __ Primarily business
Debts, defined in 11 USC
101(8) as "incurred by an
individual primarily for a
personal, family or house-
hold purpose."

**Chapter 11 Debtors**
__Debtor is a small business under 11 USC
   101(51D).
__ Debtor is not a small business under 11
   USC 101(51D).

__ Debtor's aggregate noncontingent
liquidated debts (excluding debts owed to
insiders or affiliates) are less than  $2,190,000.

**Filing Fee**
__     Full filing fee attached
_X_     Filing fee to be paid in installments (individuals
only).  Must attach signed application for court's consideration
certifying That debtor is unable to pay fee except in installments.
Rule 1006(b).  See Official Form 3A.

__      Filing Fee waiver requested (Chapter 7 individuals
Only).  Must attch signed application for court's consideration.
See Official Form 3B.

**Statistical / Administrative Information**
____     Debtor estimates that funds will be available for distribution to unsecured creditors.
X___     Debtor estimates that, after exempt property is excluded and administrative expenses
            paid, there  will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X__   1 – 49            ____   50 – 99        ____   100 or more

**Estimated Assets**
X__     $0 – $50,000          ____     $50,001 - $100,000 ____ $100,001 or greater

**Estimated Debts**
X__     $0 – $50,000          ____     $50,001 - $100,000 ____ $100,001 or greater

| **VOLUNTARY PETITION** | Name of Debtor(s): | Page 2 |
| --- | --- | --- |
| **Ammons, Jr., Lee E.** | | |

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**

| Location of Filing: | Case Number: | Date of Filing: |
| --- | --- | --- |
| USBC, Northern District Illinois | 08-30507 | 11/8/2008 |
| USBC, Northern District Illinois | 04-24417 | 06/29/2004 |
| USBC, Northern District Illinois | 02-49739 | 12/18/2002 |

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**

| Location of Filing: | Case Number: | Date of Filing: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if Debtor is required To file periodic reports with the Securities and Exchange Commission and requesting relief under Chapter 11).
___ Exhibit A attached.

**Exhibit B** (to be completed if debtor is an individual whose debts are primarily consumer debts)
I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have informed the Petitioner(s) that she may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, and explained to her the relief available under each Chapter. I certify that I have delivered to Debtor the notice required by Title 11 USC Section 342(b).
_____/s/_Michael J. Greco_____ 3/31/2009
Signature of Michael J. Greco, Attorney for Debtor(s)   Date

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

_____
(Name of Landlord that obtained judgment)
(Address of Landlord)

__ Debtor claims that under applicable nonbankruptcy law there are circumstances  under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
X__ Debtor certifies that she has served the Landlord with this certification.  (11 USC Section 362(1)).

**VOLUNTARY PETITION**       Name of Debtor(s):                                    Page 3
**Ammons, Jr., Lee E.**

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:] I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.


_____/s/_ Lee E. Ammons, Jr.,_____
Signature of Debtor Lee E. Ammons, Jr.,


**Signature of Attorney***


Respectfully submitted,

By:_____/s/_Michael J. Greco ___
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:  3/31/2009


*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**In re: Lee E. Ammons, Jr., Debtor**                              **Case No. 09**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

_____ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| Account No. 400-001-7359755-0001 Triad Financial Corp. PO Box 982025 North Richland Hills, TX 76182-8025 | | Automobile Chevy Tahoe Property purchased 2000 Value: $5,000.00 | $14,000.00 | $0.00 |
| | | TOTAL | $14,000.00 | |

\_\_0\_\_ continuation sheets attached                              (Report also on Summary of Schedules)

**In re: Lee E. Ammons, Jr., Debtor        Case No. 09**

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

__  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.
Check box next to each category for which claims are listed:
__  Extensions of credit in an involuntary case.  11 U.S.C. Sec. 507(a)(2)
__  Wages, salaries and commissions payable to employees, sales representatives.  11 U.S.C. Sec. 507(a)(3)
__  Contributions to employee benefit plans.   11 U.S.C. Section 507(a)(4)
__  Certain farmers and fishermen. .  11 U.S.C. Section 507(a)(5)
__  Deposits by individuals. .  11 U.S.C. Section 507(a)(6)
__  Alimony, Maintenance or Support.  Claims of former spouse or child.  11 U.S.C. Section 507(a)(7)
__  Taxes and certain debts owed to governmental units.  11 U.S.C. Section 507(a)(8)
__  Commitments to maintain the capital of an insured depositary institution.  11 U.S.C. Section 507(a)(9)

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim | Amount entitled to Priority | Amount NOT entitled to priority |
|---|---|---|---|---|---|---|
| Acct. VS05086955<br>GC Services LP<br>for Illinois State Tollway<br>PO Box 79<br>Elgin, IL  60121 | | Unpaid Tollway Tolls | | $520.90 | | |
| Arnold Scott Harris, Atty.<br>for City of Chicago Parking<br>600 W. Jackson Blvd. #720<br>Chicago, IL  60661 | | Unpaid parking tickets | | $437.91 | | |
| | | TOTAL | | $958.81 | | |

__0__ continuation sheets attached                        (Report also on Summary of Schedules)

**In re:  Lee E. Ammons, Jr.,   Debtor        Case No. 09**

## SCHEDULE F  --  Creditors Holding Unsecured Nonpriority Claims

_____  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No.  8500047716070<br>Peoples Gas<br>Chicago, IL  60687-0001 | | Utility Service | | $1,400..07 |
| Rose Matthews<br>8254 S. California<br>Chicago, IL  60620 | | Loan | | $800.00 |
| Acct No.  6032203392736741<br>Rogers Pontiac<br>2720 S. Michigan Av.<br>Chicago,  IL  60616 | | Revolving Credit line | | $2,500.00 |
| Acct No.<br>Universal Lenders<br>5548 W. Fullerton Ave.<br>Chicago, IL  60639 | | Revolving Credit line | | $1,441.00 |
| Acct No. TCS241368<br>Gibson Chevrolet Inc.<br>1533 E. 162d St.<br>South Holland, IL  60473 | | Loan | | $275.89 |
| Acct No.  028479300-02<br>Afni, Inc.<br>PO Box 3427<br>Bloomington, IL   61702-3427 | | Revolving Credit line | | $246.01 |
| Acct 01337693597<br>Credit Protection Assn. LP<br>For Comcast<br>PO Box 3002<br>Southeastern, PA  19398-3002 | | Utilities | | $531.87 |
| Acct. 3HK13893<br>MCI Residential Service<br>PO Box 17890<br>Denver, CO  80217-0890 | | Utilities | | $246.01 |

__3__  continuation sheets attached         Page 1 of 4      Subtotal page 1  $7,124.85

| | | |
|---|---|---|
| Acct. 185880<br>Millenium Credit Consultants<br>For TCF National Bank<br>PO Box 18160<br>W. St. Paul, MN  55118-0160 | Loan | $2,135.96 |
| Acct. 388493561<br>T-Mobile<br>PO Box 742596<br>Cincinnati, OH  45274-2596 | Utilities | $1,064.05 |
| Acct. A44093782G<br>AIG<br>PO Box 4373<br>Houston, TX  77210-4373 | Loan | $4,335.17 |
| Acct. 0045943159<br>Fingerhut<br>PO Box 166<br>Newark, NJ  07101 | Revolving Credit line | $182.27 |
| Acct. 302949791455<br>Publishers Clearing House<br>PO Box 26305<br>Lehigh Valley, PA 18002 | Retail Credit Purchase | $64.36 |
| Acct. 51758007543137822<br>First Premiere Bank<br>PO Box 5147<br>Sioux Falls, SD 57117-9966 | Revolving Credit line | $178.00 |
| 5308346971<br>OneClick Cash<br>2533 N. Carson St.<br>Carson City, NV  89706 | Revolving Credit line | $390.00 |
| 029215348<br> DirecTV<br>PO Box 78626<br>Phoenix, AZ   85062-8626 | Utilities | $222.12 |
| 0087801574<br>Guaranty Bank<br>1300 S Mopac<br>Austin, TX  78746 | Returned check fees | $32.00 |
| 70884182780128<br>SBC<br>Bill Payment Center<br>Chicago, IL  60661 | Utilities | $77.52 |

__2__ continuation sheet attached        Page 2 of 4        Subtotal page 2   $8,681.45

| | | |
|---|---|---|
| 000021454291002<br>Sage Telecom<br>PO Box 79051<br>Phoenix, AZ   85062-9051 | Utilities | $155.65 |
| 29925<br>Done Deal Promotions<br>7900 N. Nagle #500<br>Morton Grove, IL  60053 | Services | $493.96 |
| 0000079096<br>ACME Continental Credit Union<br>13601 S. Perry<br>Riverdale, IL  60827 | Revolving credit line | $2,256.56 |
| 1118624080<br>ComEd<br>Bill Payment Center<br>Chicago, IL  60661 | Utilities | $1,344.39 |
| 10191<br>Aaron's Sales<br>654 Torrence Ave.<br>Calumet City, IL  60409 | Unpaid Service | $90.62 |
| 3221682<br>Christ Medical Group<br>701 Lee St.<br>Des Plaines, IL  60016 | Medical services | $344.00 |
| 30349088<br>Holy Cross Hospital<br>PO Box 2166<br>Bedford Park,, IL  60499-2166 | Medical services | $6.96 |
| 88628<br>Midwest Anesthesiologists<br>185 Penny Ave.<br> East Dundee, IL  60118 | Medical services | $660.00 |
| 538618661<br>Advocate Christ  Medical Center<br>4440 W. 95th St.<br>Oak Lawn, IL  60453 | Medical services | $100.00 |
| 054759<br>James Schiappa, MD<br>7722 S. Kedzie Av.<br>Chicago, IL  60652 | Medical services | $397.60 |

|  |  |  |
|---|---|---|
| Page 3 of 4 | Subtotal page 3 | $5,849.74 |
|  | TOTAL | $21,656.04 |

__1__  continuation sheets attached                              (Report also on Summary of Schedules)

| | | | |
|---|---|---|---|
| First Financial<br>10141 S. Halsted<br>Chicago, IL  60628 | Credit line | | $300.00 |
| MEPCO<br>PO Box 5978<br>Carol Stream, IL  60197-5978 | Automobile Service Warranty | | $100.00 |
| St. James AME Church<br>9256 S. Lafayette Ave.<br>Chicago, IL  60620 | Rent -- residential dwelling | D | $700.00 |
| Comcast<br>One Comcast Center<br>Philadelphia, PA  19103 | Cable Service | | $166.00 |

                Page 4 of 4    Subtotal page 3    $1,266.00

                                          TOTAL    $22,922.04

__1__ continuation sheets attached                (Report also on Summary of Schedules)

In re:  Lee E. Ammons, Jr.,    Debtor        Case No. 09

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of eight sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:        3/31/2009

                Signature (electronic):_____/S/_____
                                **Lee E. Ammons, Jr.**